HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESTER NELSON, | ) Civil No. C08-02924 JF PVT |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, February 23, 2009 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases (9) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 20, 2009

/s/
ELIZABETH FIRER
Special Assistant U.S. Attorney

Dated: January 20, 2009

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
LESTER E. NELSON

IT IS SO ORDERED.

Dated: 1/21/09

HON. JEREMY FOGEL
~~HON. PATRICIA V. TRUMBULL~~
United States ~~Magistrate~~ Judge
District

2

STIPULATION AND ORDER