HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

\*\*E-Filed 2/23/2010\*\*

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER E. NELSON, | ) CIVIL NO.: C 08-02924 JF |
| Plaintiff, | ) |
| v. | ) ~~PROPOSED~~ ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

The court having considered the pleadings and the matter having been duly submitted:

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The court adopts the Suggested Findings of Fact and Conclusions of Law in their entirety, and incorporates them in this Order by reference;

2. Plaintiff's Application for an Award of Attorney's Fees Under the Equal Access to Justice Act is granted;

1

ORDER

3. The Defendant shall, as soon as is reasonably possible, tender payment for attorney's fees in the amounts of $7,179.27. Payment shall be made payable to Harvey P. Sackett, as Plaintiff's assignee, and tendered directly to him.

Dated: 2/23/2010

JEREMY FOGEL
United States District Judge

ORDER